JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WILLIAM ARRIGHI, an individual doing business as BLACK DIAMOND CONCRETE CUTTING,<br><br>Defendant. | CASE NO. SACV13-1273 AG (AGRx)<br><br>JUDGMENT PURSUANT TO STIPULATION |

PURSUANT TO THE STIPULATION by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware Limited Liability Company through their attorneys, Reich, Adell & Cvitan, A Professional Law Corporation, by Marsha M. Hamasaki, and Pro Se Defendant, DAVID WILLIAM ARRIGHI, an individual

-1-

258172.1

doing business as BLACK DIAMOND CONCRETE CUTTING and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Judgment in favor of the Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware Limited Liability Company , a fiduciary, administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, and LABORERS' TRUSTS ADMINISTRATIVE TRUST FUND FOR SOUTHERN CALIFORNIA (hereinafter collectively referred to as "TRUST FUNDS"), and against DAVID WILLIAM ARRIGHI, an individual doing business as BLACK DIAMOND CONCRETE CUTTING ("ARRIGHI") for the principal sum of $13,524.81 covering the period from June 2010 through August 2013 ("JUDGMENT").

The JUDGMENT entered is for known delinquencies incurred during the period from June 2010 to August 2013.  However, the audits of ARRIGHI'S records covered the period through April 2013 only.  Therefore, Judgment in this action pursuant to the Stipulation between the parties shall not be and/or operate as a bar and/or deemed res judicata and/or collateral estoppel, as to either the amount of delinquencies which may be discovered by any subsequent audit of ARRIGHI'S records by the Plaintiff and/or by the TRUST FUNDS and/or their representatives,

/ / /

258172.1

1  and/or which may be disclosed through claims by employees; and/or through
2  discovery by the UNION's representatives; and/or discovered as owed due to reporting
3  errors by DEFENDANTS and in any legal action brought to recover the subsequently
4  discovered amounts owed after April 2013.

6  DATED: October 21, 2013

_____
ANDREW J. GUILFORD, Judge of the
UNITED STATES DISTRICT COURT
CENTRAL DISTRIC OF CALIFORNIA

-3-

258172.1